**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BENJAMIN LIZARDI, | No. 18-72576 |
| Petitioner, | Agency No. A205-530-611 |
| v. | |
| ROBERT M. WILKINSON, Acting Attorney General, | AMENDED ORDER |
| Respondent. | |

Before: THOMAS, Chief Judge, and SCHROEDER and BERZON, Circuit Judges.

The respondent's motion to stay proceedings is DENIED. The respondent's motion for an extension of time to respond to petitioner Lizardi's motion for attorney's fees is GRANTED. The response to the motion for fees is due February 25, 2021.

Lizardi's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(B), is not premature. Under the EAJA, the deadline to file for attorney's fees is 30 days after a final judgment–that is, 30 days after the date when a petition for a writ of certiorari would be untimely. *Zheng v. Ashcroft*, 383 F.3d 919, 920 (9th Cir. 2004); *Li v. Keisler*, 505 F.3d 913, 916–17

(9th Cir. 2007). However, a party need not wait until the judgment is final to move for attorney's fees. *Auke Bay Concerned Citizen's Advisory Council v. Marsh*, 779 F.2d 1391, 1393 (9th Cir. 1986). Lizardi's motion is timely because he has already "prevailed." *Id.*

To receive an extension of time to respond to an attorney's fees motion based on the deadline for seeking certiorari, the government should indicate that it is actually contemplating filing a petition for a writ of certiorari. As there is no such indication here, we grant a more limited extension.